Kja Harper-Gopaul, Bar No. 319585
kharpergopaul@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612.4408
Telephone:    +1.949.851.3939
Facsimile:    +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEUNG LEE,<br><br>           Plaintiff,<br><br>     v.<br><br>MIDLAND FUNDING LLC; SCHOOLS FINANCIAL CREDIT UNION; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION, LLC,<br><br>           Defendants. | Case No. 2:23-cv-00928-CKD<br><br>Hon. Carolyn K. Delaney<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 28 DAYS (L.R. 144)<br><br>Complaint served:       June 1, 2023<br>Current response date:  June 22, 2023<br>New response date:      July 20, 2023 |

Pursuant to the stipulation between Plaintiff Seung Lee ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), the deadline for Experian to answer, object, or otherwise respond to Plaintiff's Complaint, is extended from June 22, 2023, up through and including **July 20, 2023**.

   **IT IS SO ORDERED.**

Dated:  June 20, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
lee23cv928.36stip

NAI-1537190224v1

[PROPOSED] ORDER
Case No. 2:23-cv-00928-CKD