# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
### (Sacramento)

| | |
|---|---|
| SEUNG LEE, <br><br> Plaintiff, <br><br> vs. <br><br> MIDLAND FUNDING, LLC; SCHOOLS FINANCIAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC, <br> Defendants. | Case No.: 2:23-cv-00928-KJM-CKD <br><br> **ORDER ON JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Good cause appearing, the joint motion for an extension of time for Defendant Equifax Information Services, LLC to respond to the complaint is **GRANTED**. Equifax Information Services, LLC shall respond to the complaint on or before **August 24, 2023**.

It is SO ORDERED.

Dated: July 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE