JONATHAN M. COHEN (SBN 168207)
CHANCELLOR W. TSENG (SBN 322236)
Joseph, Cohen & Del Vecchio, PC
1853 Market Street
San Francisco, CA 94103
Telephone: (415) 817-9200
Email: jcohen@jcd.law
       chance@jcd.law

Attorneys for Defendant
SCHOOLSFIRST FEDERAL CREDIT UNION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### (SACRAMENTO)

| | |
|---|---|
| SEUNG LEE,<br><br>             Plaintiff,<br><br>       v.<br><br>MIDLAND FUNDING, LLC; SCHOOLS FINANCIAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>             Defendants. | Case No. 2:23-cv-00928-KJM-CKD<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current Response Date: July 31, 2023<br>New Response Date: August 30, 2023 |

Plaintiff Seung Lee ("Plaintiff") and Defendant SCHOOLSFIRST FEDERAL CREDIT UNION ("Defendant"), hereby stipulate as follows:

1. Plaintiff served Defendant on June 1, 2023 via waiver.

2. Defendant's initial deadline to respond to the Complaint is July 31, 2023.

3. Plaintiff and Defendant agree to extend the time 30 days for Defendant to respond to the Complaint up to and including August 30, 2023, so that Defendant will have additional time to investigate this matter and the parties can explore the possibility of settlement.

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted July 27, 2023.

                    **JOSEPH, COHEN & DEL VECCHIO, PC**

By: */s/ Chancellor W. Tseng*
JONATHAN M. COHEN
CHANCELLOR W. TSENG
1853 Market Street
San Francisco, CA 94103
Telephone: (415) 817-9200
Email: jcohen@jcd.law
       chance@jcd.law
*Attorneys for Defendant*
SCHOOLSFIRST FEDERAL CREDIT UNION

**MCCARTHY LAW PLC**

By: */s/ Garrett F. Charity*
GARRETT FORRESTER CHARITY
4250 North Drinkwater Blvd., Suite 320
Scottsdale, AZ 85251
Telephone: (602) 456-8900
Email: garrett.charity@mccarthylawyer.com
*Attorneys for Plaintiff*
SEUNG LEE

---

2
JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

**SIGNATURE CERTIFICATION**

I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

                                                  **JOSEPH, COHEN & DEL VECCHIO, PC**

Dated: July 27, 2023                    By: */s/ Chancellor W. Tseng*
                                                       CHANCELLOR W. TSENG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO)

| | |
|---|---|
| SEUNG LEE,<br><br>                    Plaintiff,<br><br>          v.<br><br>MIDLAND FUNDING, LLC; SCHOOLS FINANCIAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendants. | Case No. 2:23-cv-00928-KJM-CKD<br><br>**ORDER ON JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

   Good cause appearing, the joint motion for an extension of time for Defendant SchoolsFirst Federal Credit Union to respond to the complaint is GRANTED.  SchoolsFirst Federal Credit Union shall respond to the complaint on or before August 30, 2023.

   It is SO ORDERED.

Dated: July 31, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE